**William S. HILEY, Plaintiff–Appellant,**

v.

**Jacqueline H. BARRETT, Sheriff, Fulton County, et al., Defendants–Appellees.**

No. 97–9006.

United States Court of Appeals,
Eleventh Circuit.

Sept. 21, 1998.

Robert N. Wilson, Jr., Monahan & Padellaro, Cambridge, MA, Curt Thompson, International Brotherhood of Police Officers, Atlanta, GA, for Plaintiff–Appellant.

Mark B. Stern, Robert M. Loeb, Dept. of Justice, Appellate Staff, Civ. Div., Washington, DC, Sharon Douglas Stokes, Atlanta, GA, for Defendants–Appellees.

Before HATCHETT, Chief Judge, HULL, Circuit Judge, and LENARD *, District Judge.

---

* Honorable Joan A. Lenard, U.S. District Judge for the Southern District of Florida, sitting by designation.

HATCHETT, Chief Judge:

This case is affirmed for the reasons stated in the district court's thorough and well-reasoned order dated July 2, 1997, and cited as 968 F.Supp. 1564 (N.D.Ga.1997).

AFFIRMED.